IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| **EVELYN M. WILLIAMS,** : | |
| : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION** |
| v. : | **NO. 09-4338** |
| : | |
| **MICHAEL J. ASTRUE,** : | |
| **Commissioner of Social Security,** : | |
| : | |
| **Defendant.** : | |

_____

## ORDER

**AND NOW**, this 8th day of November 2011, after careful review and independent consideration of Plaintiff's request for review, Defendant's response, the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport, the objections to the Report and Recommendation and the response thereto, it is hereby **ORDERED** that:

1. The Clerk of Court is directed to remove this action from the suspense docket and return it to the active docket;

2. The Objections to Report and Recommendation are **OVERRULED**;

3. The Report and Recommendation is **APPROVED** as modified by the accompanying Memorandum Opinion;

4. The Plaintiff's request for reversal is **GRANTED**; and

5. The case is **REMANDED** to the Commissioner for further review consistent with the Report and Recommendation and the accompanying Memorandum Opinion, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

It is so **ORDERED**.

.                                                                                       BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**